ROTHWELL FIGG ERNST & MANBECK, P.C.
Christopher Ott (CA Bar No. 235659)
cott@rothwellfigg.com
16501 Los Barbos
Rancho Santa Fe, CA 92067
(202) 783-6040

Leo M. Loughlin (pro hac vice to be filed)
(DC Bar No. 474963)
(lloughlin@rfem.com)
Daniel McCallum (pro hac vice to be filed)
(DC Bar No. 1006938)
(dmccallum@rfem.com)
Jennifer Maisel (pro hac vice to be filed)
(DC Bar No. 1025637)
(jmaisel@rfem.com)
Caitlin M. Wilmot (pro hac vice to be filed)
(DC Bar No. 241246)
(cwilmot@rfem.com)
Dylan Haversack (pro hac vice to be filed)
(VA Bar No. 95814)
(dhaversack@rfem.com)

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COORDINATION TECHNOLOGY LTD., Derivatively on Behalf of Nominal Defendant, CASPERLABS LLC,<br><br>Plaintiff,<br><br>v.<br><br>BROCK PIERCE, et al.,<br><br>Defendants. | Case No. 3:21-cv-01295-LAB-AHG<br><br>**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE** |

Plaintiff Coordination Technology Ltd. ("Plaintiff") respectfully responds to the Court's Order to Show Cause (ECF 3) as follows:

Plaintiff is concurrently filing its Notice of Voluntary Dismissal Without Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Plaintiff respectfully submits that this Rule 41 dismissal renders the issues raised in the Order to Show Cause moot.

DATED: July 30, 2021      By: */s/ Christopher Ott*
Christopher Ott (CA Bar No. 235659)
16501 Los Barbos
Rancho Santa Fe, CA 592067
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
607 14th Street, NW; Suite 800
Washington, DC 20005
202-783-6040
cott@rothwellfigg.com

*Attorneys for Plaintiff
Coordinated Technology Ltd.*